UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM JAMES ROY MALICOAT,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>MIKE OBENLAND,<br><br>　　　　　Respondent. | CASE NO. C14-5578 RJB-KLS<br><br>ORDER GRANTING MOTION TO FILE MEMORANDUM IN SUPPORT OF HABEAS PETITION |

On July 4, 2014 Petitioner William Malicoat paid the Court's filing fee and his petition for writ of habeas corpus was docketed. Dkt. 4. Mr. Malicoat seeks leave to file a memorandum in support of his petition for writ of habeas corpus. Dkt. 5. On August 1, 2014, Petitioner filed his memorandum. The Court will order service of the petition with the memorandum filed by Petitioner on Respondent.

Accordingly, it is **ORDERED**:

(1)　Petitioner's motion to file a memorandum in support of his petition (Dkt. 5) is **GRANTED**.

1      (2)    The Clerk shall send a copy of this Order to Petitioner

2      DATED this 5th day of August, 2014.

                                                *[signature]*
                                                Karen L. Strombom
                                                United States Magistrate Judge

ORDER GRANTING MOTION TO FILE
MEMORANDUM IN SUPPORT OF HABEAS
PETITION- 2